UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JASMINE TORO,

      Plaintiff,

   -against-

DRY GOODS, LLC,

      Defendant.
-------------------------------------------------------------x

1:23-cv-04338 (ALC)

**ORDER TO TERMINATE**

**ANDREW L. CARTER, JR., United States District Judge:**

On August 25 2023, I issued an Order to Show Cause why this action should not be dismissed without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. ECF No. 6. I ordered a response in writing from Plaintiff by September 1, 2023. *Id.* To date, Plaintiff has not responded to my Order to Show Cause, nor has Plaintiff requested an extension to do so. Moreover, there has been no activity in this case since the issuance of the Order to Show Cause.

Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**

**Dated: September 7, 2023**
   New York, New York

              */s/ Andrew L. Carter, Jr.*
              **ANDREW L. CARTER, JR.**
              **United States District Judge**